On respondent's motion for reconsideration filed April 27, reconsideration allowed, opinion (111 Or App 392, 823 P2d 1040 (1992)) withdrawn; conviction affirmed and remanded for resentencing June 16, 1993

STATE OF OREGON,
*Respondent,*

*v.*

NADAIR D. JENABZADEH,
*Appellant.*

(9011-36365; CA A68311)

853 P2d 325

Theodore R. Kulongoski, Attorney General, Virginia L. Linder, Solicitor General, and Timothy A. Sylwester, Assistant Attorney General, Salem, for motion.

Before Richardson, Chief Judge, and Deits and Durham, Judges.

PER CURIAM

Motion for reconsideration allowed; opinion withdrawn; conviction affirmed and remanded for resentencing. *State v. Ferrell*, 315 Or 213, 843 P2d 939 (1992).